MANN, Judge.
Ruiter’s petition for writ of habeas corpus alleges wrongful denial of counsel at parole revocation hearing. See Fla.Stat. §§ 947.21-23 (1969) F.S.A. Cf. § 948.06. He relies on Mempa v. Rhay, 1967, 389 U.S. 128, 88 S.Ct. 254, 19 L.Ed.2d 336. Cf. Morrissey v. Brewer, 8th Cir. 1971, 443 F.2d 942; Rose v. Haskins, 6th Cir. 1968, 388 F.2d 91; Hahn v. Burke, 7th Cir. 1970, 430 F.2d 100.
The petition should have been filed in the Circuit Court for Union County, in which Ruiter is in custody. Fla.Stat. § 79.09 (1969), F.S.A.; State ex rel. Wainwright v. Holley, Fla.App.2d 1970, 234 So.2d 409.
Petition denied without prejudice.
PIERCE, C. J., and LILES, J., concur.